UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In Re:

    SMYTH, EDWARD FRANCIS, JR.
    SMYTH, MARY JARUS

           Debtor(s)

Case No 19-10280GVL1
Chapter 7

Judge Specie

_____

**REPORT AND NOTICE OF INTENTION
TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE**

**TO:** Debtor(s), Creditors, and Parties in Interest:

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, Theresa M. Bender, Trustee, P.O. Box 14557, Tallahassee, FL. 32317, and any other appropriate person within the time allowed. If you file and serve
a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN **that the Trustee/debtor-in-possession intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below:**

1) **Description and Value of Property:** *Non-exempt equity* in assets scheduled by the Debtor(s) as itemized below:
    2005 CHRYSLER TOWN AND COUNTRY-$500.00
    HHGS-$500.00
    ELECTRONICS-$350.00
    SMALL COIN COLLECTION-$150.00
    TOOLS-$300.00
    FIREARMS-$250.00

CLOTHING-$75.00
JEWELRY-$190.00
SUBTOTAL-$2415.00
6% SURCHARGE FOR TERMS-$144.90
TOTAL-$2559.90
12 MOS-$213.33

2) **Manner of Sale:**    Private (x )*  Public Auction (  )
3) **Terms of Sale:**
   a) Purchaser(s):    SMYTH, EDWARD FRANCIS, JR.SMYTH, MARY JARUS, Debtor(s).
   b) "As is," "where is" with no warranties expressed or implied; This sale is subject to any scheduled, known or unknown, liens, encumbrances, and Debtor's exemptions; and any such liens or encumbrances will not attach to the proceeds of this sale.
   c) Assets and Terms as spelled out in the promissory note executed by Debtor(s);
   d) Selling price as negotiated between the parties and as more fully stated in executed Promissory Note held by the Trustee. A $25.00 late fee may be assessed for late or missed payments.
   e) All payments shall be made to **Theresa M. Bender, Trustee, P.O. Box 14557, Tallahassee, Florida 32317.**

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only.)* The Trustee will entertain any higher bids of 25% or more for the purchase of the assets of the debtor(s) which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received, with the applicable deposit) by the Trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.* Should a timely counterbid be receive; the Trustee will schedule a telephonic meeting for the sole purpose to allow the bidding parties to compete for the highest bidder.  Only parties submitting a timely bid will be authorized to participate. Failure to submit a timely bid will be considered a waiver of participation in the bidding process.

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis of the objection. If no objection is filed, the sale described above will take place.

Date:  12/13/2019                         /s/ Theresa M. Bender
                                          THERESA M. BENDER
                                          CHAPTER 7 TRUSTEE
                                          P.O. Box 14557
                                          Tallahassee, Florida 32317
                                          PH: 850.205.7777
                                          FL Bar No. 0749486
                                          Tmbenderch7@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:  SMYTH, EDWARD FRANCIS, JR<br>SMYTH, MARY JARUS | CASE NO: 19-10280<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 12/16/2019, I did cause a copy of the following documents, described below,

REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/16/2019

/s/ Theresa M. Bender
Theresa M. Bender  749486
THERESA M. BENDER, TRUSTEE.
PO BOX 14557
TALLAHASSEE, FL  32317
850 205 7777

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| IN RE: SMYTH, EDWARD FRANCIS, JR<br>SMYTH, MARY JARUS | CASE NO: 19-10280<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |
|---|---|

On 12/16/2019, a copy of the following documents, described below,

REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/16/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Theresa M. Bender
THERESA M. BENDER, TRUSTEE.
PO BOX 14557
TALLAHASSEE, FL  32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>  LABEL MATRIX FOR LOCAL NOTICING<br>11291<br>CASE 19-10280-KKS<br>NORTHERN DISTRICT OF FLORIDA<br>GAINESVILLE<br>FRI DEC 13 16-22-13 EST 2019 | FLORIDA CREDIT UNION<br>CO J BLAIR BOYD<br>POST OFFICE BOX 3637<br>TALLAHASSEE FL 32315-3637 | FLORIDA CREDIT UNION<br>CO J BLAIR BOYD<br>SORENSON VAN LEUVEN PLLC<br>POST OFFICE BOX 3637<br>TALLAHASSEE FL 32315-3637 |
| ANDREAU PALMA  ANDREU PL<br>815 NW 57TH AVENUE SUITE 401<br>MIAMI FL 33126-2363 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CITIBANKSHELL OIL<br>CITIBANK CORPCENTRALIZED BANKRUPTCY<br>PO BOX 790034<br>SAINT LOUIS MO 63179-0034 |
| FLORIDA CREDIT UNION<br>2831 NW 43RD STREET<br>GAINESVILLE FL 32606-6608 | HOME DEPOT CREDIT SERVICES<br>PO BOX 9001030<br>LOUISVILLE KY 40290-1030 | PENNYMAC LOAN SERVICES<br>CORRESPONDENCE UNITBANKRUPTCY<br>PO BOX 514387<br>LOS ANGELES CA 90051-4387 |
| UNITED STATES TRUSTEE<br>110 E PARK AVENUE<br>SUITE 128<br>TALLAHASSEE FL 32301-7728 | BARBARA A CUSUMANO<br>BARBARA A CUSUMANO ATTORNEY AT LAW<br>2727 NW 43RD STREET SUITE 2A<br>GAINESVILLE FL 32606-6632 | DEBTOR<br>EDWARD FRANCIS SMYTH JR<br>8751 SE US HWY 301<br>HAWTHORNE FL 32640-7522 |
| MARY JARUS SMYTH<br>8751 SE US HWY 301<br>HAWTHORNE FL 32640-7522 | ~~EXCLUDE~~<br>~~THERESA M BENDER~~<br>~~PO BOX 14557~~<br>~~TALLAHASSEE FL 32317-4557~~ | |